BALLENGER v. BURRIS INDUSTRIES

No. 158P84.

Case below: 66 N.C. App. 556.

Petition by defendants for discretionary review under G.S. 7A-31 denied 30 April 1984.

BEST v. FELLOWS

No. 470P83.

Case below: 63 N.C. App. 789.

Petition by defendant for discretionary review under G.S. 7A-31 denied 30 April 1984.

BISHOP v. REINHOLD

No. 130P84.

Case below: 66 N.C. App. 379.

Petition by defendants for discretionary review under G.S. 7A-31 denied 30 April 1984.

ELLER v. ELLER

No. 125P84.

Case below: 66 N.C. App. 377.

Petition by defendant for discretionary review under G.S. 7A-31 denied 30 April 1984.

FORSYTH CITIZENS v. CITY OF WINSTON-SALEM

No. 147P84.

Case below: 67 N.C. App. 164.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 30 April 1984. Motion by defendant to dismiss appeal for lack of substantial constitutional question allowed 30 April 1984.